# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MAR 13 2024 PM 4:13
FILED-USDC-CT-HARTFORD

## COMPLAINT FORM

Full name(s) of Plaintiff(s) SHOES - Spreading Hope Onto Everyones Sole
(Do not use *et al.*) M. Alicea, X

Case No. _____
(To be supplied by the Court)

v. U.S. JOE BIDEN & KAMALA Harris
(State of CT) GARNER CORRECTIONAL INSTITUTE
Defendants: Glen Sharkany
Prison Industries owners of America, USA & CT
Including Janet Bond Arterton
Governor Ned Lamont
Rocky Hill Mayor, Rocky Hill Zoning & Planning
Housing Unit June + John Does - New Britain Police
Middletown Police and New London Police.
Full names of Defendant(s) New Britain Superior Court
(Do not use *et al.*)

## A. PARTIES

1. SHOES/M. Alicea X is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 400 Cold Spring Rd D203 Rocky Hill, CT 06604
   (mailing address)

2. Defendant Joe Biden is a citizen of Washington, USA
   (name of first defendant)                      (State)
   whose address is The Whitehouse USA.

4. Glen Sharkany & GARNER C.I.
5. Janet Bond Arterton - Owners of Prison Inds. of USA & CT.
6. Governor Ned Lamont of CT
7. Rocky Hill Mayor - Jane Doe
8. Rocky Hill Planning Clerk - Jane Doe & Zonning Housing Unit
9. Rocky Hill Police Chief - John Doe
10. New London Police Officers New London CT John Does
11. Middletown Police officers John Doe & Captain John Doe Middletown CT
12. New Britain Police Department
13. New Britain Superior Court
14. Department of Children & Families State of CT, CT, NH, BPT,

3. Defendant __Kamala Harris__ is a citizen of __Washington__
   (name of second defendant)                              (State)

   whose address is __UNKNOWN__.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s)) UNKNOWN- Need to leave jurisdiction for the President and Plaintiff isn't allowed to use phone to search case law statutes which is not the Bill of Rights or Constitutional.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

① Abduction of Children via Police & DCF- 13th, 4th & 14th Amendment violations- My nieces & nephews were taken via force by Government & put through child like slavery & sexual assaults. Its been bought to my Attention my nephews & niece been raped by Adoptees & I know exactly who they were and want to press charges have my family receive restitution for Natural Law of being with natural born parents without harm, rape, abduction, stealing or abuse of strangers. DCF has violated Plaintiffs 4th & 14th Amendment right & has been informed of having violated via

& passing from with physical threat to home.

② Plaintiff wrote to President about the destruction of Natural Law of Agriculture like Trees being taken down at an alarming rate which all my attempts been ignored. Plaintiff claims 14th Amendment & 1st Amendment Violations.

③ Plaintiff was affected by the death of her friend in Garner Corrections which was murdered & treated as a slave.

④ Police Departments have Presented hate Toward BIPOC community & People with Mental health like myself.

⑤ Ned Lamont is racist & The Presidents like Trump with MAGA attitudes & The Superior Courts / US District Courts are abusing, raping, stealing & depleting food, water, agriculture from all Indians People which has been bought to my attention. And Plaintiff "Declares Cold War II" for the Discussion of all Caribes Island lack of work, poor pay & abuse of tax payers funding

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** 4th Amendment violations

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

some of the victims

death of civilians [Juan Rodriguez, Natasha Vasquez, Luz Soto, Marylou Soto]
stopping movement
abuse of colored & Indians people

Abuse of Caribes People

Stealing & Raping of Children in my family including selling my great niece in the system

**Claim II:** 6th Amendment

Supporting Facts: Cases Dismissed with substantial evidence & disregards for rape
Steal culture to³ the Indians the Caribbeans & African Americans incarcerated-jailed like animals

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

The Closing of These Slave like, Rape like Steal Kids Culture & Prison culture. Its hate crimes & to allow Carribes people to have a visit of why they are suffering under the US Govt. Freedom of Caribe Lands, agriculture & compensation

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    No

Absolutely

Evidence #7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Tre McPherson, Pattikate Williams-Void, John Doe, John Roe, and Thomas Caves, on behalf of themselves and all others similarly situated, | Case No. 20-cv-534 |
| Plaintiffs-Petitioners, | |
| v. | April 20, 2020 |
| Ned Lamont and Rollin Cook, in their official capacities, | IMMEDIATE RELIEF SOUGHT |
| Defendants-Respondents. | |

## CLASS ACTION COMPLAINT FOR DECLARATORY
## AND INJUNCTIVE RELIEF AND PETITION FOR WRITS OF HABEAS CORPUS

1 of 1 page

TRE McPherson, et al
v.
Ned Lamont, et al

Civil No. 3:20-cv-534
(JBA)

July 2020

[page one of one page only]

## Motion To Dismiss

[Clerk of Court Please File This Motion For Above Case @ #]

**#1** This Case is FRiVoLouS!

**#2** The Department of Corrections Bears No Liability.

**#3** The Department of CT. Corrections is Not At Fault For The Covid-19 ViRus!

**#4** All CT. County Jails and Prisons Have Spent enormous, money, Time and Precautions & Treatment To Keep All Inmates and Staff Virus Free of Contamination exceeding all expectations.

**#5** No other State or institution(s) have done every possible Health and Other Methods as The Dept. of Corrections That even surpass private sector.

Glen Sharkany 174822 H-209
Garner C.I. 50 Nunnawauk Rd. Newtown, CT. 06470

_____  
Original signature of attorney (if any)

Alicea, M X  
Printed Name

_____  
Plaintiff's Original Signature

Printed Name

( )  
Attorney's full address and telephone  
400 Cold Spring Rd D203

( )  
Plaintiff's full address and telephone  
Rocky Hill CT 06067

Email address if available  
SHoes 4 families @ gmail. com

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Hartford US District Court on 3/13/2024.  
(location) Hartford CT  (date)

_____  
Plaintiff's Original Signature

(Rev.3/29/16)

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Alicea
------
Plaintiff(s),

v.

State of CT prisons, USA, Governors
-----------------------------------
Defendant(s).

Case No. _____
(to be filled out by Clerk's Office)

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
PURSUANT TO 28 U.S.C. §1915**

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor;

(2) I am entitled to commence this action against the defendant(s); and

(3) I request that the Court direct the United States Marshal's Service to serve process in this matter.

_____
Original Signature

Alicea, M   X
-------------------------------
Name (print or type)

400 Cold Spring Rd D203
-------------------------------
Street Address

Rocky Hill   CT   06067
-------------------------------
City         State   Zip Code

475-449-8140
-------------------------------
Telephone Number

*Revised December 15, 2023*